**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

CECELIA DUNIFIN,

    Plaintiff,

       v.

COSTCO WHOLESALE
CORPORATION,

    Defendant.

CASE NO. 3:25-CV-688-DRL-SJF

**ORDER**

In its Rule 16(b) Scheduling Order issued on May 20, 2026, the Court ordered the parties to name a mediator no later than June 30, 2026. [DE 24 at 5]. As of this date, nothing has been filed to suggest that the parties have selected a mediator. Therefore, the parties are **ORDERED** to file notice of selection of a mediator *instanter*. If nothing is filed by **July 15, 2026**, the Court will take steps necessary to appoint a mediator.

**SO ORDERED** this 2nd day of July 2026.

s/Scott J. Frankel          
Scott J. Frankel
United States Magistrate Judge