**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

**CECELIA DUNIFIN,**
Plaintiff,

v. Case No. 3:25-cv-00688-DRL-SJF

**COSTCO WHOLESALE CORPORATION,**
Defendant.

### AGREED NOTICE OF SELECTION OF MEDIATOR

The parties by their respective counsel hereby notify the Court that they agree to Mark

Phillips as the mediator.

Respectfully submitted,

*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
6425 E. Co. Rd. 600 S.
Plainfield IN 46168
 (317) 501-6060
mark@waterfilllaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a true, exact and authentic copy of the foregoing has been served upon all

counsel of record by way of electronic service.

/s/ Mark Waterfill